## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 1:24- |
| DONALD MCWHIRTER, | : VIOLATION: |
| | : 18 U.S.C. §§ 201(b)(1) & 2 (Bribery) |
| Defendant. | : |
| | : FORFEITURE: |
| | : 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) |

## INFORMATION

The United States of America charges that:

### COUNT ONE

From at least June 10, 2019, to at least January 2023, within the District of Columbia and elsewhere, the defendant, DONALD MCWHIRTER, corruptly did give, offer, and promise anything of value to Public Official 1, Public Official 2, and Public Official 3 (each such person being a public official as defined in 18 U.S. Code 201(a)(1)), with the intent to influence an official act and to induce the commission and omission of any act in violation of the lawful duty of such Public Officials and to influence the Public Officials to commit and aid in committing, and collude in, and allow, any fraud, and make opportunity for the commission of any fraud, on the United States; that is, DONALD MCWHIRTER gave, offered, and promised things of value to Public Official 1, Public Official 2 and Public Official 3. In exchange, Public Official 1 and Public Official 2, aided and abetted by Public Official 3, procured District of Columbia Public School Supplies from MCWHIRTER's Company; facilitated the entry of MCWHIRTER's Company into the District of Columbia Public School's American Express Buy-Down Program; and paid MCWHIRTER's Company for supplies that the company did not deliver.

All in violation of Title 18, United States Code, Section 201(b)(1) & 2.

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *Elizabeth Aloi*
ELIZABETH ALOI
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights Section
U.S. Attorney's Office
601 D Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-7212
Elizabeth.Aloi@usdoj.gov